UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY HOLLIER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5717** |
| **JAMES D. MILLER, WARDEN** | **SECTION B(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeus corpus relief of petitioner, Anthony Hollier, is **DISMISSED** with prejudice.

New Orleans, Louisiana this 7th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE